1  MURIEL B. KAPLAN (SBN: 124607)
   MICHELE R. STAFFORD (SBN: 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA  94105
   Telephone: (415) 882-7900
4  Facsimile:  (415) 882-9287
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9                   IN THE UNITED STATES DISTRICT COURT

10                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  SHOP IRONWORKERS LOCAL 790  )  Case No.: C 06-2525 SC
    PENSION TRUST; et al.,      )
12                              )
                                )
13              Plaintiffs,     )  **R E Q U E S T   F O R   6 0 - D A Y**
                                )  **CONDITIONAL DISMISSAL AND**
14      vs.                     )  **ORDER THEREON**
                                )  **[F.R.C.P 41(a)]**
15  DENNIS PETER SOUZA, individually, and )
    DENNIS PETER SOUZA, dba DENCO )
16  IRON WORKS,                 )
                                )
17              Defendant.      )
                                )
18

19
        The above-named plaintiffs, Trustees of the Shop Ironworkers Local 790 Pension Trust,
20
    et al., hereby request a voluntary 60-day Conditional Dismissal of the above entitled action,
21
    under Federal Rule of Civil Procedure 41(a).   Default was entered on May 9, 2006, and Plaintiffs
22
    have not filed or dismissed any similar action against defendants.
23
        Defendant has made payments of all but a small balance due to plaintiffs, who have
24
    requested and anticipate payment of that amount.
25

26

27                                              **REQUEST FOR CONDITIONAL**
                                                **DISMISSAL AND ORDER ...**
28                       1                      Case No.: C 06-2525 SC

1  Accordingly, the calendar shall be vacated and this action conditionally dismissed, on the
2  condition that this action may be reinstated by plaintiffs within 60 days from the date of this
3  Order if necessary.

5  Dated: July 18, 2006                                SALTZMAN & JOHNSON LAW CORPORATION

                                                                    /s/
                                          By:  _____
                                               Muriel B. Kaplan
                                               Attorneys for Plaintiffs

   IT IS SO ORDERED.

   Dated:  7/25/06
                                               _____
                                               UNITED STATES DISTRICT COURT JUDGE

   *IT IS SO ORDERED — Judge Samuel Conti (signed seal, United States District Court, Northern District of California)*

                                                              **REQUEST FOR CONDITIONAL**
                                                              **DISMISSAL AND ORDER ...**
                                    2                         Case No.: C 06-2525 SC

**PROOF OF SERVICE**
**CASE NO.: C 06-2525 SC**

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On July 18, 2006, I served the following document(s) on the parties to this action, addressed as follows, in the manner described below:

**REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF MICHELE R. STAFFORD; PROPOSED ORDER**

**XXX**  **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business address(es) set forth below, in a sealed envelope fully prepared.

___  **FACSIMILE**, by causing said document to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

___  **UPS**, for delivery the following business day by placing same for collection by UPS to the business address(es) set forth below.

___  **PERSONAL DELIVERY**, by placing said document in a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

*Addressed to:*

Dennis P. Souza
Denco Iron Works
367 W. Channel Way, Unit D
Bencia, CA 94510

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this July 18, 2006, at San Francisco, California.

_____/s/_____
Tamra Brown

**REQUEST FOR CONDITIONAL DISMISSAL AND ORDER ...**
Case No.: C 06-2525 SC

3